## US DISTRICT COURT OF NORTHERN DISTRICT INDIANA

| | | |
|---|---|---|
| SANDRA BLACK, | ) | CASE NO: 1:19-cv-307 |
| Plaintiff, | ) | |
| | ) | |
| VS | ) | COMPLAINT |
| | ) | Jury Trial Requested |
| NAOMI FRIEDRICHSEN | ) | |
| ERIKA HOLIDAY (LIDDICK) | ) | |
| HUNTERS RUN APARTMENTS AND OWNERS | ) | |
| INTERSTATE REALTY MANAGEMENT CO | ) | |
| MORRIS KELSEY | ) | |
| Defendants, | | |

-FILED-
JUL 10 2019
At_____
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

### MOTION FOR RECONSIDERATION

Comes now Sandra Black Pro Se and requests reconsideration due to court error 1. "Black's claims are not curable" and 2. That "Black was evicted."

The court's error comes into error due to the court lawfully considering a pro se litigant's complaint where on the near bottom of page 5 I state, "Had I not had the legal skill to subpoena professional witnesses who knew how my home was ran…. (I would have lost my case). I pray the court's leniency due to my language used here implies I won and did not state clearly that I won in a lower court that there was no evidence to evict me. I won and the plaintiff lost in the court action attempt to evict me. When I was stating a wrongful eviction occurred it was in fact a wrongful eviction that continued after the lower court decided in my favor until I was forced out due to neglect and harassment creating an impossibility to stay in my home.

# REPAIR OF DEFECTS

1. Submission of an Affidavit with verification of all income and bank statement to show verification of authenticity of pauperis status.

2. Subject matter: heading and claim restated

## VIOLATION OF 42 U.S.C. ch.45 3601, FAIR HOUSING ACT

It is prohibited by federal statute to make housing unavailable, otherwise deny a dwelling, set different terms, conditions or privileges to a rental due to my race. The defendants are responsible by law to uphold equal housing for all applicants and tenants.

My original complaint states much of the specifics of tactics used to ultimately force removal from my home, several state violations, and the EMBEDDED LAW ( racism and discrimination). Living in our rental where I lived directly between two white ladies and one Hispanic, both white ladies were treated with favorable fair treatment. I am in good standing with both of them who couldn't see why the landlords constantly targeted me. Both I and the Hispanic woman and several other blacks were all targeted for wrongful removal and no longer live there. To my knowledge no whites are removed wrongfully. Good white tenants are never wrongly evicted, but good black tenants are evicted. Whites are allowed privileges that blacks are not allowed. There were comments made directly to me such as "Section 8 people are more of a problem." Since

my white neighbor gets section 8 and is not targeted for eviction and most all black section 8 people are this is not "section 8" people who are trouble, but those who are being wrongly removed, "black people." There was also several comments made that showed the belief that poor people should have no rights and no high quality of life. This belief system, I believe also grossly targets blacks because though the words poor are used only blacks are treated in this manner.

The evidence will show witnesses (people of color) evicted for no concrete reason, (no evidence) other than their color and the defendant's fabrication, no photos, no videos, no signatures of guilt through steps of reprimand, testimony clearly fabricated. The defendant fabricates unprovoked, false and perjured testimony to remove me a black woman with zero evidence, worse with evidence that I am far above average good tenant.. Up until the eviction process, I grovel, hanging my head so as not to provoke white anger. I swallowed all abuse and yelling in an attempt to keep my home without a single time of ever raising my voice or behaving in a combative way to defend myself. The evidence will show that my daughter's nice SUV set parked at my residence (in front of the office) from January until about April as no violation, no issues or concerns because it was believed to belong to my white neighbor, but when it was functioning again and my daughter was seen in it, then it became an immediate violation. The evidence will show that on April 19, 2017 my 15 year old white daughter in law, Jacee Barber, and her white baby were court ordered handed over to my son, Kemuel Shem. My son followed through to pick up his family and on April 19th, that same very day they walked into my home, I was given 30 days notice to vacate the premises.

There is no accountability, no supervision, or concerns so whatever to encourage exposure of abuse or for tenants to report misreatment at this complex by the managing agent or owners which makes them negligent in complying to the Fair Housing Act. There are no surveys or contact information available for tenants to report complaints to the agency or the owners.

3. I humbly request the removal of Morris Kelsey as a defendant due to lack of jurisdiction.

4. I request that my phone number 765-662-1068 be added to my claim.

5. I also humbly request that the court continues leniency of consideration that I am Pro Se and I have never filed a case in federal court. If new defects arise or old ones are not satisfied due to an over looked or unintentionally missed defect I pray the court to please kindly send a list of defects to correct as an order to dismiss only states why the case was dismissed and does not clearly Itemize defects that must be cured.

# Social Security Administration



003482
1/2

3482 114777 **AUTOMIXED AADC 296 R P1 T7 BEV 0531

003482
SANDRA BLACK FOR
CHRISDEON C OGUNBUYIDE
APT 102
1408 S MAPLE ST
MARION IN 46953-2191

Date: May 31, 2019
BNC#: 19BC133K58267
REF: C3

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

### Information About Current Social Security Benefits

Beginning December 2018, the full monthly Social Security benefit before any deductions is $ 68.60.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $ 68.00.
(We must round down to the whole dollar.)

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

### Type of Social Security Benefit Information

You are entitled to monthly benefits as a dependent of the wage earner.

### Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

See Next Page

# Social Security Administration



003480
1/2



3480 114777 **AUTOMIXED AADC 296 R P1 T7 BEV 0531

003480

SANDRA BLACK FOR
VICTORIA A GOREE
APT 102
1408 S MAPLE ST
MARION IN 46953-2191

Date: May 31, 2019
BNC#:  19BC500G95595
REF:  C2

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## Information About Current Social Security Benefits

Beginning December 2018, the full monthly Social Security benefit before any deductions is $ 68.60.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $ 68.00.
(We must round down to the whole dollar.)

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

## Type of Social Security Benefit Information

You are entitled to monthly benefits as a dependent of the wage earner.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

See Next Page

# Social Security Administration



003479
1/2



3479 114777 **AUTOMIXED AADC 296 R P1 T7 BEV 0531

003479

SANDRA BLACK FOR
CHRISTIAN D GOREE
APT 102
1408 S MAPLE ST
MARION IN 46953-2191

Date: May 31, 2019
BNC#: 19BC483H90416
REF: C1

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

### Information About Current Social Security Benefits

Beginning December 2018, the full monthly Social Security benefit before any deductions is $ 68.60.

We deduct $0.00 for medical insurance premiums each month.

The regular monthly Social Security payment is $ 68.00.
(We must round down to the whole dollar.)

We pay Social Security benefits for a given month in the next month. For example, Social Security benefits for March are paid in April.

### Type of Social Security Benefit Information

You are entitled to monthly benefits as a dependent of the wage earner.

### Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).

# Social Security Administration



003481
1/2

Date: May 31, 2019
BNC#: 19BC135E89156
REF: DI

3481 114777 **AUTOMIXED AADC 296 R P1 T7 BEV 0531



003481

SANDRA ANNETTE BLACK
APT 102
1408 S MAPLE ST
MARION IN 46953-2191

You asked us for information from your record. The information that you requested is shown below. If you want anyone else to have this information, you may send them this letter.

## Information About Supplemental Security Income Payments

Beginning January 2019, the current Supplemental Security Income payment is $ 771.00.

This payment amount may change from month to month if income or living situation changes.

Supplemental Security Income Payments are paid the month they are due. (For example, Supplemental Security Income Payments for March are paid in March.)

## Type of Supplemental Security Income Payment Information

You are entitled to monthly payments as a disabled individual.

## Suspect Social Security Fraud?

Please visit http://oig.ssa.gov/r or call the Inspector General's Fraud Hotline at 1-800-269-0271 (TTY 1-866-501-2101).