AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

SANDRA BLACK
  **Plaintiff**

v.  **Civil Action No.** 1:19-cv-307

NAOMI FRIEDRICHSEN,

ERIKA HOLIDAY
(Liddick),

HUNTERS RUN APARTMENTS AND OWNERS,

INTERSTATE REALTY MANAGEMENT CO,

MORRIS KELSEY
Terminated: 07/12/2019
  **Defendants**

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of _____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other: Judgment is ENTERED in favor of defendants Naomi Friedrichsen, Erika Holiday (Liddick), Hunters Run Apartments and Owners and Interstate Realty Management Co. and against plaintiff Sandra Black.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge Theresa L. Springmann on a Motion for Summary Judgment.

DATE:  September 7, 2023    CHANDA J. BERTA, CLERK OF COURT

by  s/N. Long
*Signature of Clerk or Deputy Clerk*